| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JASJEET CHEEMA and<br>JASJEET SINGH, | ) | |
| | ) | Case No. 06-6711 MJJ |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | STIPULATION TO EXTEND DATE |
| | ) | OF CASE MANAGEMENT |
| DAVID STILL, in his Official Capacity, District | ) | MANAGEMENT CONFERENCE; AND |
| Director, U.S. Citizenship and Immigration | ) | [PROPOSED] ORDER |
| Services, United States Department of Homeland | ) | |
| Security, San Francisco, California; EMILIA | ) | |
| BARDINI, in her Official Capacity, Asylum Office | ) | |
| Director, U.S. Citizenship and Immigration | ) | |
| Services, United States Department of Homeland | ) | |
| Security, San Francisco, California; GERARD | ) | |
| HEINAUER, in his Official Capacity, Director, | ) | |
| Nebraska Service Center, U.S. Citizenship and | ) | |
| Immigration Services, Department of Homeland | ) | |
| Security; EMILIO GONZALEZ, in his Official | ) | |
| Capacity, Director, Bureau of Citizenship and | ) | |
| Immigration Services, United States Department of | ) | |
| Homeland Security; MICHAEL CHERTOFF, in his | ) | |
| Official Capacity, Secretary, United States | ) | |
| Department of Homeland Security; and ALBERTO | ) | |
| R. GONZALES, in his Official Capacity, Attorney | ) | |
| General, U.S. Department of Justice, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiffs, by and through their attorneys of record, and defendants, by and through their

attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

STIPULATION TO EXTEND DATE OF CMC
C 06-6711 MJJ                                    1

1. The plaintiffs filed a petition for writ of mandamus on October 27, 2006, seeking an order directing the United States Citizenship and Immigration Services (USCIS) to adjudicate Jasjeet Cheema's Form I-589 Application for Asylum and Withholding of Removal, and a Form I-730 Refugee/Asylee Relative Petition that Cheema's husband, Jasjeet Singh, filed on her behalf.

2. The defendants filed an answer on December 29, 2006.

3. A case management conference is currently scheduled on February 6, 2007, at 2:00 p.m.

4. The parties have met and conferred and believe that there is a possibility that the plaintiffs' case might be administratively resolved within one month. Moreover, both the plaintiffs' attorney and the defendants' attorney have work-related conflicts on the date of the currently-scheduled case management conference.

5. The parties therefore agree, subject to court approval, to continue the Case Management Conference currently set for February 6, 2007, **to March 6, 2007.**

6. The parties further agree, subject to court approval, to file a joint case management statement seven days in advance of the case management conference if the case is not administratively resolved prior to that date.

Dated: January 30, 2007

        /s/
STACY TOLCHIN
Van Der Hout, Brigagliano and Nightingale
Attorneys for Plaintiffs

Dated: January 30, 2007

KEVIN V. RYAN
United States Attorney

        /s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to ~~[redacted]~~. March 27, 2007 at 2:00 p.m.

Dated: 2/5/2007

*[signature]*
MARTIN J. JENKINS
United States District Court Judge

---

[1] I, Edward A. Olsen, attest that both Stacy Tolchin and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTEND DATE OF CMC
C 06-6711 MJJ                    3