1  SCOTT N. SCHOOLS, SC 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 | JASJEET CHEEMA and              )
   | JASJEET SINGH,                  )
13 |                                 ) Case No. 06-6711 MJJ
   |         Plaintiffs,             )
14 |                                 )
   |     v.                          ) **STIPULATION TO DISMISS; AND**
15 |                                 ) **[PROPOSED] ORDER**
   | DAVID STILL, in his Official Capacity, District )
16 | Director, U.S. Citizenship and Immigration )
   | Services, United States Department of Homeland )
17 | Security, San Francisco, California; EMILIA )
   | BARDINI, in her Official Capacity, Asylum Office )
18 | Director, U.S. Citizenship and Immigration )
   | Services, United States Department of Homeland )
19 | Security, San Francisco, California; GERARD )
   | HEINAUER, in his Official Capacity, Director, )
20 | Nebraska Service Center, U.S. Citizenship and )
   | Immigration Services, Department of Homeland )
21 | Security; EMILIO GONZALEZ, in his Official )
   | Capacity, Director, Bureau of Citizenship and )
22 | Immigration Services, United States Department of )
   | Homeland Security; MICHAEL CHERTOFF, in his )
23 | Official Capacity, Secretary, United States )
   | Department of Homeland Security; and ALBERTO )
24 | R. GONZALES, in his Official Capacity, Attorney )
   | General, U.S. Department of Justice, )
25 |                                 )
   |         Defendants.             )
26 |_____)

27      The plaintiffs, by and through their attorneys of record, and defendants, by and through their

28 attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-

STIPULATION TO DISMISS
C 06-6711 MJJ                              1

entitled action in light of the fact that the United States Citizenship and Immigration Services (USCIS) has agreed to adjudicate the Form I-730 petition and I-589 application that are at issue in this case within forty-five days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: May 18, 2007

/s/
STACY TOLCHIN
Van Der Hout, Brigagliano and Nightingale
Attorneys for Plaintiffs

Dated: May 18, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 29, 2007

MARTIN J. JENKINS
United States District Court Judge